FREUND et al, v. KREMER. (Supreme Court, Appellate Division, First Department. March 16, 1906.) Action by Alfred Freund and another against Bertha Kremer, as administratrix. No opinion. Motion granted, with $10 costs. Order filed.

GALL et al., Respondents, v. FISCHER, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 17, 1906.) Action by Harry S. Gall and others against Christian Fischer, impleaded. No opinion. Judgment affirmed, with costs.

GARANTO, Respondent, v. DOOLING et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Frank Garanto against John T. Dooling and Andrew M. Kenlon. No opinion. Judgment and order of the City Court of Mt. Vernon affirmed, with costs.

GEDNEY, Respondent, v. LIAS et al., Appellants. (Supreme Court, Appellate Division, First Department. February 23, 1906.) Action by Mary E. Gedney against Arthur W. Lias and others. H. G. Henderson, for appellants. J. R. Halsey, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
INGRAHAM, J., dissents.

GENET, Appellant, v. PRESIDENT, ETC., OF DELAWARE & H. CANAL CO., Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Augusta G. Genet against the president, etc., of the Delaware & Hudson Canal Company. L. Hand, for appellant. F. E. Smith, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GENEVA MINERAL SPRINGS CO., Limited, v. STEELE et al. (Supreme Court, Appellate Division, Fourth Department. March 28, 1906.) Action by the Geneva Mineral Springs Company, Limited, against Charles A. Steele and others. No opinion. Motion for reargument denied, with $10 costs and disbursement.

GILBERT, Appellant, v. WESTERGREN, Respondent. (Supreme Court, Appellate Division, Second Department. March 22, 1906.) Action by Leon Gilbert against M. F. Westergren. No opinion. Judgment unanimously affirmed, with costs.

GOTTLIEB v. DOLE. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by one Gottlieb against one Dole. No opinion. Motion to amend granted.

In re GRADE CROSSING COM'RS. (Supreme Court, Appellate Division, Fourth Department. January 17, 1906.) In the matter of grade crossing commissioners. Appointment of commissioners, etc., as to lands claimed to be owned by August Schneider and others.
PER CURIAM. Order affirmed, with costs.
HISCOCK, J., not sitting.

GRAINSKY, Appellant, v. INTERBOROUGH RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Term. March, 1906.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by Louisa Grainsky against the Interborough Rapid Transit Company. From a judgment in favor of defendant, plaintiff appeals. Reversed. Hamburg & Frank, for appellant. Charles A. Gardiner (G. Tarleton Goldthwaite, of counsel), for respondent.
PER CURIAM. The recent cases of Busch v. Interborough Railroad (decided by the Appellate Division, First Department. January 26, 1906) 96 N. Y. Supp. 747, and Rein v. Brooklyn Heights Railroad, 47 Misc. Rep. 675, 94 N. Y. Supp. 636, are decisive of the question presented upon this appeal and require a reversal of the judgment appealed from. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

GRAY, Appellant, v. SIEGEL-COOPER CO., Respondent. (Supreme Court, Appellate Division, First Department. February 23, 1906.) Action by Mary A. Gray, as administratrix, against the Siegel-Cooper Company. J. C. Robinson, for appellant. G. G. Battle, for respondent.
PER CURIAM. Judgment affirmed, with costs. Order filed.
LAUGHLIN, J., dissents, on his former opinion. 79 N. Y. Supp. 813.

GREEN, Appellant, v. URBAN CONTRACTING CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. February 23, 1906.) Action by Rachel Green, as administratrix, against the Urban Contracting Company and August Oppenheimer. C. Steckler, for appellant. C. P. Caldwell and G. G. Battle, for respondents.
PER CURIAM. Judgment affirmed, with costs. Order filed.
O'BRIEN, P. J., and PATTERSON. J., dissent.

GREEN, Respondent, v. UTICA & M. V. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 17, 1906.) Action by Celina A. Green as, etc., against the Utica & Mohawk Valley Railway Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs and disbursements.

GREENE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Su-